1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LOIS ALDARACA HERNANDEZ,<br><br>Defendant. | Case No.  SA 25-MJ-843<br><br>ORDER OF DETENTION |

I.

On October 15, 2025, Defendant Jose Lois Aldaraca Hernandez made his initial appearance on the criminal complaint filed in this case, assisted by Spanish language interpreter F. Javier Villalobos.  Deputy Federal Public Defender Howard Shneider was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Monica Hara. A detention hearing was held.

☐      On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒      On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

1  considered the report and recommendation prepared by United States Probation
2  and Pretrial Services.

IV.

4  The Court bases its conclusions on the following:

5  As to risk of non-appearance:

6  ☒    No legal status in the United States, citizen of Mexico

7  ☒    Five name variations

8  ☒    Unknown bail resources

9  ☒    Unverified background information

11  As to danger to the community:

12  ☒    Substance use history

13  ☒    Mental health history

V.

16  The defendant will be committed to the custody of the Attorney General for
17  confinement in a corrections facility separate, to the extent practicable, from
18  persons awaiting or serving sentences or being held in custody pending appeal.
19  The defendant will be afforded reasonable opportunity for private consultation
20  with counsel.  On order of a Court of the United States or on request of any
21  attorney for the Government, the person in charge of the corrections facility in
22  which defendant is confined will deliver the defendant to a United States Marshal
23  for the purpose of an appearance in connection with a court proceeding.
24  [18 U.S.C. § 3142(i)]

25  Dated: October 15, 2025

_____/s/_____

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2